# EXHIBIT 1

B1967-5610 07/19/2023 6:34 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT AND DESIGNATION - OUT-OF-STATE STOCK CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: 5814665
Date Filed: 7/19/2023

| Corporation Name | |
|---|---|
| Corporation Name | Homary International Limited |
| **Jurisdiction** | |
| This Corporation is Formed in | Ireland |
| **Street Address of Principal Office of Corporation** | |
| Principal Address | Ireland<br>ALEXANDRA HOUSE, THE SWEEPSTAKES, BALLSBRIDGE<br>DUBLIN, DUBLIN D04 C7H2 |
| **Mailing Address of Corporation** | |
| Mailing Address | 959 EAST 3RD STREET<br>CORONA, CA 92879 |
| Attention | |
| **Street Address of California Office of Corporation** | |
| Street Address of California Office | None |
| **Agent for Service of Process** | |
| Agent Name | Jeffrey Shi |
| Agent Address | 959 EAST 3RD STREET<br>CORONA, CA 92879 |

Consent to Service of Process

The corporation irrevocably consents to service of process directed to the corporation upon the agent designated and to service of process on the Secretary of State if the agent designated or the agent's successor is no longer authorized to act or cannot be found at the address given.

Consent under this paragraph extends to service of process directed to the out-of-state corporation's agent in this state for a search warrant issued pursuant to California Penal Code section 1524.2, or for any other validly issued and properly served search warrant, for records or documents that are in the possession of the out-of-state corporation and are located inside or outside of this state. This shall apply to a out-of-state corporation that is a party or a nonparty to the matter for which the search warrant is sought. "Properly served" means delivered by hand, or in a manner reasonably allowing for proof of delivery if delivered by United States mail, overnight delivery service, or facsimile to a person or entity listed in California Corporations Code section 2110, or any other means specified by the out-of-state corporation, including, but not limited to, email or submission via an Internet Web portal that the out-of-state corporation has designated for the purpose of service of process.

Electronic Signature

☒ I am a corporate officer and am authorized to sign on behalf of the out-of-state corporation.

*Minghua Chen* — Signature

*07/19/2023* — Date

COMPANIES REGISTRATION OFFICE
AN OIFIG UM CHLÁRÚ CUIDEACHTAÍ

B1967-5611 07/19/2023 6:34 PM Received by California Secretary of State

18th July 2023

**Letter of Status**

**To Whom it May Concern**

**Re: HOMARY INTERNATIONAL LIMITED**

**Company Number: 713730**

The above named company was incorporated on the 17th of February, 2022 and it is registered with this Office under the above company registration number. The company has filed annual returns to 17th, August 2022 and it's current designation is Normal.

Please see the attached Company Printout for further information.

For Registrar of Companies



# Company Printout




B1967-5612 07/19/2023 6:34 PM Received by California Secretary of State

**Company Number** 713730

**Company Name** HOMARY INTERNATIONAL LIMITED

**Company Type** LTD - Private Company Limited by Shares

**Date Incorporated** 17 February 2022

**Registered Office** Alexandra House,
The Sweepstakes
Ballsbridge
Dublin 4
DUBLIN
Ireland
D04 C7H2

Certified to be a true extract of documents filed with the Registrar

Dated this 18th of July 2023

Signed:- [signature]

An Officer duly authorised pursuant to the Companies Act 2014

**Designation** Normal

**Date of Designation** 17/02/2022

**Last Annual Return** 17/08/2022 **Next Annual Return** 17/08/2023

Register of Particulars of Charges Including Mortgages Pursuant to Sections 409, 411 and 413 of the Companies Act 2014 in Respect of the Above Named Company. Computerised information for charges may be truncated on this print-out, please refer to the company file or images for complete particulars on Charges. It should be noted that charge notifications that are not realised will be rejected and therefore can leave a gap in the sequential numbering of charges.

**Number of Registered Charges:** **0**

**Number of Charge Notifications:** **0**

**Charge Details**

No Charge Details available

**Directors Special Note**

Please note that the information displayed on this printout as to the particulars of the directors and secretary of this company may not be complete or up to date, as there may be unregistered documents which affect the position. Please refer to the list of Documents below, and if necessary, consult the company file or images for full, up-to-date particulars as to the company's officers. If this printout is blank as to officer details, please consult the images of the registered New Company documents

Minghua Chen Director

5 Chenlao village
Zhongtang
Lucheng Town
Lujiang County, Hefei City
China

B1967-5613 07/19/2023 6:34 PM Received by California Secretary of State

Liu Chao — Director

13 AVENUE DE LA FOUILLEUSE
ESC A LOT 121
92210 ST CLOUD
France

Weiwei Tang — Director

Room 5-302, Xingye Building
Kangfu Park, Dabei North Street
Panyu District, Guangzhou City,
Guangdong
China

Shanhu Wang — Director

Room A1-1805, Pingsha Fuli
Baiyun District
Guangzhou City, Guangdong
China

**Company Secretary**

Liu Chao — Secretary

13 AVENUE DE LA FOUILLEUSE
ESC A LOT 121
92210 ST CLOUD
France

**Related Parties**

GRANT THORNTON SECRETARIAL SERVICES LIMITED — Electronic Filing Agent

13-18 CITY QUAY
DUBLIN 2

D02 ED70

**Documents**

| Status | Scan | Number | Submission | Date Effective | Date Received | Date Registered |
|---|---|---|---|---|---|---|
| Registered | * | SR1682418 | Form B2: Change of Company Registered Office Address | 01/04/2023 | 07/04/2023 | 13/04/2023 |
| Registered | * | SR1344597 | Form B1 - First Annual Return | 17/08/2022 | 13/09/2022 | 19/09/2022 |
| Registered | * | SR1289513 | Form B77 - Authorisation/Revocation of an Electronic Filing Agent | 09/08/2022 | 13/09/2022 | 16/09/2022 |
| Registered | * | SR984706 | Form A1 - New Company Incorporation Fé Phráinn | 17/02/2022 | 11/02/2022 | 17/02/2022 |

** Indicates documents have been scanned for the submission*

***Submission Status Explanations***

*CERTP* — *CERTIFICATE PRINTED*

*CERTS* — *CERTIFICATE SCANNED*





| | |
|---|---|
| *DATA* | *DATA ENTERED* |
| *REC* | *RECEIVED* |
| *RECOR* | *RECORDED* |
| *REG* | *REGISTERED* |
| *RETAM* | *RETURNED AMENDED* |
| *SCAN* | *SCANNED* |

**End of Particulars**

B1967-5614 07/19/2023 6:34 PM Received by California Secretary of State