1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  LAILA LAWYER, individually and on behalf of all other persons similarly situated,<br><br>11<br><br>12                              Plaintiff,<br><br>13      vs.<br><br>14  HOMARY INTERNATIONAL LIMITED,<br><br>15                              Defendants. | Case No. 4:24-cv-04113-HSG<br><br>[*Assigned to Hon. Haywood S. Gilliam, Jr.*]<br><br>**ORDER GRANTING JOINT REQUEST FOR ORDER RE PROPOSED BRIEFING SCHEDULE TO RULE 12 MOTION TO COMPLAINT (L.R. 6-2)**<br><br>Complaint Filed: April 02, 2024<br>Response Date: July 30, 2024<br>New Response Date: August 13, 2024 |

17
18
19
20
21
22
23
24
25
26
27
28

150024872

**ORDER GRANTING PROPOSED BRIEFING SCHEDULE**

# ORDER

The Court, having reviewed the parties' Stipulation, the Declaration of Ping Zhang and finding good cause therefor, hereby ORDERS as follows:

Should Defendant files a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12, the following briefing schedule will govern:

- Plaintiff's Opposition filed no later than: September 3, 2024
- Defendant's Reply filed no later than: September 17, 2024

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/23/2024

_____
Hon. Haywood S. Gilliam, Jr.