**BLANK ROME LLP**
Ana Tagvoryan (SBN 246536)
ana.tagvoryan@blankrome.com
Erica R. Graves (SBN 301785)
erica.graves@blankrome.com
Ping Zhang (SBN 312257)
ping.zhang@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:	424.239.3400
Facsimile:	424.239.3434

*Attorneys for Defendant*

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Julian C. Diamond (*pro hac vice* forthcoming)
Matthew A. Girardi (*pro hac vice* forthcoming)
1330 Avenue of the Americas
New York, NY 10019
Telephone: (646) 837-7142
Facsimile:  (212) 989-9163
Email: jdiamond@bursor.com
           mgirardi@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA LAWYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMARY INTERNATIONAL LIMITED,<br><br>Defendant. | Civil Action No. 4:24-cv-04113-HSG<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE (as modified)**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr. |

Pursuant to Federal Rules of Civil Procedure 6 and 12, and Civil Local Rule 6-1(a), Plaintiff Laila Lawyer ("Plaintiff") and Defendant Homary International Limited ("Defendant" and together with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court continuing certain deadlines related to Defendant's pending Motion to Dismiss.

## RECITALS

WHEREAS, on April 2, 2024, Plaintiff filed the Complaint against Defendant in California State Court;

WHEREAS, on May 29, 2024, service was effectuated on Defendant pursuant to § 415.30 of the California Code of Civil Procedure;

WHEREAS, on July 8, 2024, Defendant removed this action to this Court pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d) (ECF No. 1);

WHEREAS, on September 24, 2024, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 26);

WHEREAS, Plaintiff's deadline to respond to Defendant's motion to dismiss is currently October 8, 2024 and Defendant's deadline to file a reply in support of its motion to dismiss is currently October 15, 2024;

WHEREAS, because of conflicting pre-existing litigation, family, and personal commitments, the Parties require extensions to these deadlines;

WHEREAS, this stipulation will not affect any other court ordered date;

WHEREAS, there has been one prior time modification in this case (ECF No. 21) regarding the First Amended Complaint; and

WHEREAS, no party will be prejudiced by this extension of time.

**NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED** by and between the Parties:

1) The deadline for Plaintiff to file an opposition to Defendant's Motion to Dismiss, shall be October 22, 2024;

2)  The deadline for Defendant's reply in support of its Motion to Dismiss shall be November 12, 2024.

Dated: September 25, 2024      **BLANK ROME LLP**

By: /s/ *Ping Zhang*
    Ana Tagvoryan
    Erica R. Graves
    Ping Zhang

*Attorneys for Defendant*

Dated: September 25, 2024      **BURSOR & FISHER, P.A.**

By: /s/ *Neal J. Deckant*
    Neal J. Deckant (State Bar No. 322946)
    Julian C. Diamond (*PHV* forthcoming)
    Matthew A. Girardi (*PHV* forthcoming)

*Attorneys for Plaintiff*

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, Neal J. Deckant, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 25, 2024                                      By:  */s/ Neal J. Deckant*
                                                                          Neal J. Deckant

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

The Parties will adhere to the following deadlines:

1) The deadline for Plaintiff to file her opposition to Defendant's Motion to Dismiss shall be October 22, 2024;

2) The deadline for Defendant's reply in support of its Motion to Dismiss shall be November 12, 2024;

3) The hearing for Defendant's Motion to Dismiss shall be continued from October 31, 2024 to December 5, 2024 at 2:00 p.m.  A case management conference will be held on December 5th along with the hearing on the motion to dismiss.

Dated: 9/26/2024

Haywood S. Gilliam, Jr.
United States District Court