| | |
|---|---|
| **BLANK ROME LLP**<br>Ana Tagvoryan (SBN 246536)<br>ana.tagvoryan@blankrome.com<br>Erica R. Graves (SBN 301785)<br>erica.graves@blankrome.com<br>Ping Zhang (SBN 312257)<br>ping.zhang@blankrome.com<br>2029 Century Park East \| 6th Floor<br>Los Angeles, CA 90067<br>Telephone:     424.239.3400<br>Facsimile:      424.239.3434<br><br>*Attorneys for Defendant* | **BURSOR & FISHER, P.A.**<br>Neal J. Deckant (State Bar No. 322946)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>Email: ndeckant@bursor.com<br><br>**BURSOR & FISHER, P.A.**<br>Julian C. Diamond (*pro hac vice* forthcoming)<br>Matthew A. Girardi (*pro hac vice* forthcoming)<br>1330 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (646) 837-7142<br>Facsimile:  (212) 989-9163<br>Email: jdiamond@bursor.com<br>           mgirardi@bursor.com<br><br>*Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAILA LAWYER, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>HOMARY INTERNATIONAL LIMITED,<br><br>            Defendant. | Civil Action No. 4:24-cv-04113-HSG<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE (L.R. 6-2); DECLARATION OF PING ZHANG**<br><br>[Filed Concurrently with [Proposed] Order]<br><br>Judge:    Hon. Haywood S. Gilliam, Jr. |

Pursuant to Federal Rules of Civil Procedure 6 and 12, and Civil Local Rule 6-2, Plaintiff Laila Lawyer ("Plaintiff") and Defendant Homary International Limited ("Defendant" and together with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court continuing Defendant's deadline to files a Reply in support of its pending Motion to Dismiss from November 12, 2024 to November 27, 2024.

**RECITALS**

WHEREAS, on September 24, 2024, Defendant filed a Motion to Dismiss the FAC (ECF No. 26) (the "Motion to Dismiss");

WHEREAS, on October 22, 2024, Plaintiff filed her opposition to the Motion to Dismiss (ECF No. 29);

WHEREAS, Defendant's deadline to file a reply in support of the Motion to Dismiss is currently scheduled for November 12, 2024;

WHEREAS, because of conflicting pre-existing litigation, the Parties jointly stipulate to extend the time for Defendant to file a reply in support of the Motion to Dismiss for 15 days, from November 12, 2024 to November 27, 2024;

WHEREAS, there has been two prior time modifications in this case (ECF Nos. 21 & 28) regarding the First Amended Complaint; and

WHEREAS, no party will be prejudiced by this extension of time and it will not affect any Court-ordered deadline currently set.

**NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED** by and between the Parties:

The deadline for Defendant's reply in support of the Motion to Dismiss shall be November 27, 2024.

Dated: October 29, 2024          **BLANK ROME LLP**

By: /s/ *Ping Zhang*
    Ana Tagvoryan
    Erica R. Graves
    Ping Zhang

*Attorneys for Defendant*

Dated: October 29, 2024          **BURSOR & FISHER, P.A.**

By: /s/ *Neal J. Deckant*
    Neal J. Deckant (State Bar No. 322946)
    Julian C. Diamond (*PHV* forthcoming)
    Matthew A. Girardi (*PHV* forthcoming)

*Attorneys for Plaintiff*

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, Ping Zhang, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 29, 2024                                        By:  */s/ Ping Zhang*
                                                                             Ping Zhang

**DECLARATION OF PING ZHANG**

I, Ping Zhang, declare as follows:

1. I am an attorney at the firm Blank Rome LLP. I am one of the attorneys responsible for handling this case on behalf of Defendant HOMARY INTERNATIONAL LIMITED ("Defendant"). I make this declaration of my personal knowledge and my review of the litigation files kept in the ordinary course of business, and could and would testify competently hereto.

2. On September 3, 2024, Plaintiff filed First Amended Complaint (ECF 19) ("FAC");

3. On September 4, 2024, pursuant to Local Rule 6-1(a), the Parties stipulated the deadline for Defendant to respond to the FAC by seven (7) days from September 17, 2024 to September 24, 2024 (ECF 21);

4. On September 24, 2024, Defendant filed a Motion to Dismiss/Strike the FAC (ECF 26) (the "Motion to Dismiss");

5. On September 25, 2024, the parties stipulated to extend: (1) the deadline for Plaintiff to file her opposition to the Motion to Dismiss from October 8, 2024 to October 22, 2024; (2) the deadline for Defendant to file its reply in support the Motion to Dismiss from October 15, 2024 to November 12, 2024 (ECF 27);

6. On September 26, the Court granted the stipulation and continued the hearing for the Motion to Dismiss, along with the initial case management conference, from October 31, 2024 to December 5, 2024 at 2:00 p.m. (ECF 28);

7. On October 22, 2024, Plaintiff filed her opposition to the Motion to Dismiss (ECF No. 29);

8. Defendant's deadline to file a reply in support of its Motion to Dismiss is currently scheduled for November 12, 2024 (ECF 28);

9. Defendant requests a brief 15-day extension to respond to the FAC due to its counsel's pressing deadlines in other cases, including that Ms. Erica Graves is currently in trial and I have a conflict with a motion for summary judgment deadline;

10. This is the parties' third proposed schedule modification regarding the FAC (ECFs 27&28);

11. The hearing for the Motion to Dismiss and the initial case management conference is scheduled for December 5, 2024 (ECF 28). Since the matter is in its initial stages, I believe the extension will not have a substantial impact on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of October, 2024, in Los Angeles, California.

By: */s/ Ping Zhang*
     Ping Zhang

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

The Parties will adhere to the following deadlines:

2) The deadline for Defendant's reply in support of its Motion to Dismiss shall be November 27, 2024;

3) The hearing for Defendant's Motion to Dismiss, along with the case management conference, shall be continued from December 5, 2024 at 2:00 pm to December 12, 2024, at 2:00 p.m.

Dated: 10/29/2024

Haywood S. Gilliam, Jr.
United States District Court