| | |
|---|---|
| **BLANK ROME LLP**<br>Ana Tagvoryan (SBN 246536)<br>ana.tagvoryan@blankrome.com<br>Erica R. Graves (SBN 301785)<br>erica.graves@blankrome.com<br>Ping Zhang (SBN 312257)<br>ping.zhang@blankrome.com<br>2029 Century Park East | 6th Floor<br>Los Angeles, CA 90067<br>Telephone:   424.239.3400<br>Facsimile:    424.239.3434<br><br>*Attorneys for Defendant* | **BURSOR & FISHER, P.A.**<br>Neal J. Deckant (State Bar No. 322946)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>Email: ndeckant@bursor.com<br><br>**BURSOR & FISHER, P.A.**<br>Julian C. Diamond (*pro hac vice* forthcoming)<br>Matthew A. Girardi (*pro hac vice* forthcoming)<br>1330 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (646) 837-7142<br>Facsimile:  (212) 989-9163<br>Email: jdiamond@bursor.com<br>           mgirardi@bursor.com<br><br>*Attorneys for Plaintiff* |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA LAWYER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HOMARY INTERNATIONAL LIMITED,<br><br>        Defendant. | Civil Action No. 4:24-cv-04113-HSG<br><br>**STIPULATION AND ORDER RE CLASS DISCOVERY DEADLINES AND BRIEFING SCHEDULE FOR CLASS CERTIFICATION MOTION (L.R. 6-2); DECLARATION OF NEAL J. DECKANT**<br><br>[Filed Concurrently with [Proposed] Order]<br><br>Judge:    Hon. Haywood S. Gilliam, Jr. |

1  Pursuant to Federal Rules of Civil Procedure 6 and 12, and Civil Local Rule 6-2, Plaintiff
2  Laila Lawyer ("Plaintiff") and Defendant Homary International Limited ("Defendant" and
3  together with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request
4  an order from the Court setting a deadline for class discovery and a briefing schedule for
5  Plaintiff's forthcoming motion for class certification (the "Class Certification Motion").

## RECITALS

WHEREAS, on September 3, 2024, Plaintiff filed First Amended Complaint (ECF 19) ("FAC");

WHEREAS, on September 24, 2024, Defendant filed a Motion to Dismiss the FAC (ECF No. 26) (the "Motion to Dismiss");

WHEREAS, on October 22, 2024, Plaintiff filed her opposition to the Motion to Dismiss (ECF No. 29);

WHEREAS, on June 2, 2025, the Court denied the Motion to Dismiss (ECF No. 37);

WHEREAS, on June 17, 2025, the Parties attended a Case Management Conference, during which the Parties and the Court agreed to deadlines for the close of class discovery and a briefing schedule on the Class Certification Motion;

WHEREAS, the Court requested the Parties to submit a joint stipulation setting forth the deadlines discussed at the June 17, 2025 Case Management Conference.

**NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED** by and between the Parties:

Discovery on issues related to class certification shall close on February 1, 2026.

Plaintiff's motion for class certification shall be filed by February 20, 2026.

Defendant's opposition to the motion for class certification shall be filed by April 6, 2026.

Plaintiff's reply to the motion for class certification shall be filed by May 21, 2026.

The Court will hold a hearing on the motion for class certification on _____.

| | | |
|---|---|---|
| 1 | Dated: June 23, 2025 | **BLANK ROME LLP** |
| 2 | | |

Dated: June 23, 2025     **BLANK ROME LLP**

By: */s/ Erica R. Graves*
    Ana Tagvoryan
    Erica R. Graves
    Ping Zhang

*Attorneys for Defendant*

Dated: June 23, 2025     **BURSOR & FISHER, P.A.**

By:  */s/ Neal J. Deckant*
    Neal J. Deckant (State Bar No. 322946)
    Julian C. Diamond (*PHV* forthcoming)
    Matthew A. Girardi (*PHV* forthcoming)

*Attorneys for Plaintiff*

**ATTESTATION RE ELECTRONIC SIGNATURES**

     I, Neal J. Deckant, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 23, 2025                                          By:   */s/ Neal J. Deckant*
                                                                                                                Neal J. Deckant

...

# DECLARATION OF NEAL J. DECKANT

I, Neal J. Deckant, declare as follows:

1. I am an attorney at the firm Bursor & Fisher, P.A. I am one of the attorneys responsible for handling this case on behalf of Plaintiff Laila Lawyer ("Plaintiff"). I make this declaration of my personal knowledge and my review of the litigation files kept in the ordinary course of business, and could and would testify competently hereto.

2. On September 3, 2024, Plaintiff filed First Amended Complaint (ECF 19) ("FAC").

3. On September 24, 2024, Defendant filed a Motion to Dismiss the FAC (ECF No. 26) (the "Motion to Dismiss").

4. On October 22, 2024, Plaintiff filed her opposition to the Motion to Dismiss (ECF No. 29).

5. On June 2, 2025, the Court denied the Motion to Dismiss (ECF No. 37).

6. On June 17, 2025, the Parties attended a Case Management Conference, during which the Parties and the Court agreed to deadlines for the close of class discovery and a briefing schedule on the Class Certification Motion.

7. The Court requested the Parties to submit a joint stipulation setting forth the deadlines discussed at the June 17, 2025 Case Management Conference.

8. Namely, the Parties agreed that Discovery on issues related to class certification shall close on February 1, 2026. Plaintiff's motion for class certification shall be filed by February 20, 2026. Defendant's opposition to the motion for class certification shall be filed by April 6, 2026. Plaintiff's reply to the motion for class certification shall be filed by May 21, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of June, 2025, in Walnut Creek, California.

By: */s/ Neal J. Deckant*
     Neal J. Deckant

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

The Parties will adhere to the following deadlines:

(1) Discovery on issues related to class certification shall close on February 1, 2026.

(2) Plaintiff's motion for class certification shall be filed by February 20, 2026.

(3) Defendant's opposition to the motion for class certification shall be filed by April 6, 2026.

(4) Plaintiff's reply to the motion for class certification shall be filed by May 21, 2026.

(5) The Court will hold a hearing on the motion for class certification on 6/4/2026 at 2 p.m.

Dated:  6/24/2025

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Court