UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA LAWYER<br><br>                    Plaintiff(s)<br>   v.<br><br>HOMARY INT'L LTD.<br><br>                    Defendant(s) | CASE No C 4:24-cv-04113-HSG<br><br>STIPULATION AND ORDER<br>SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☒ **Private ADR** (*specify process and provider*)
  The parties are discussing a private mediator.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☒ other requested deadline:  September 15, 2025

Date: 6/23/2025         /s/ Neal J. Deckant
                                   Attorney for Plaintiff

Date: 6/23/2025         /s/ Erica R. Graves
                                   Attorney for Defendant

☒  X    IT IS SO ORDERED.
☐    IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:    6/24/2025

*[signature]*
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*