JEFFER MANGELS BUTLER & MITCHELL LLP
STUART K. TUBIS (Bar No. 278278)
*STubis@jmbm.com*
JAMES M. NEUDECKER (Bar No. 221657)
*JNeudecker@jmbm.com*
CELINE OHANIAN (Bar No. 352421)
*COhanian@jmbm.com*
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant
Homary International Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA LAWYER, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMARY INTERNATIONAL LIMITED,<br><br>Defendant. | Case No. 4:24-cv-04113-HSG<br><br>**SUBSTITUTION OF ATTORNEY; ORDER THEREON** |

Defendant Homary International Limited hereby substitutes Stuart K. Tubis and the law firm of Jeffer Mangels Butler & Mitchell LLP as its attorney of record in place of Erica R. Graves and the law firm of Blank Rome LLP.  The firm name, address, and phone number of its new law firm and attorneys of record are:

Stuart K. Tubis, Esq.

Jeffer Mangels Butler & Mitchell LLP

Two Embarcadero Center, Fifth Floor

San Francisco, California 94111-3824

Telephone: (415) 398-8080

Facsimile: (415) 398-5584

The undersigned consents to the above substitution on behalf of Defendant Homary International Limited.

DATED: July 25, 2025          HOMARY INTERNATIONAL LIMITED

By: _____
    Minghua Chen
    Director of Defendant Homary International Limited

The undersigned consents to the above substitution.

DATED: July 28 2025          BLANK ROME LLP
                             ANAHIT TAGVORYAN
                             PING ZHANG
                             ERICA R. GRAVES

By: _____
    ERICA R. GRAVES
    Attorneys for Defendant Homary International Limited

The undersigned is duly admitted to practice in the Northern District of California and accepts the above substitution.

DATED: July 29 2025          JEFFER MANGELS BUTLER & MITCHELL LLP
                             STUART K. TUBIS
                             JAMES NEUDECKER
                             CELINE OHANIAN

By: _____
    STUART K. TUBIS
    Attorneys for Defendant Homary International Limited

**\*\*\*ORDER\*\*\***

IT IS ORDERED that Defendant Homary International Limited hereby substitutes Stuart K. Tubis and the law firm of Jeffer, Mangels, Butler & Mitchell LLP as its attorneys of record in place of Erica R. Graves, Ping Zhang, Anahit Tagvoryan, and the law firm of Blank Rome LLP.

DATED: 7/30/2025

_____
HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE