**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ndeckant@bursor.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA LAWYER, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMARY INTERNATIONAL LIMITED,<br><br>Defendant. | Case No. 4:24-cv-04113-HSG<br><br>**STIPULATION TO STAY CASE DEADLINES; ORDER** |

JOINT NOTICE OF SETTLEMENT
CASE NO.: 4:24-cv-04113-HSG

Plaintiff Laila Lawyer ("Plaintiff") and Defendant Homary International Limited, ("Defendant"), the parties to the above-titled action (collectively, the "Parties"), hereby submit this Joint Notice of Settlement to inform the Court that an agreement in principle has been reached to resolve this matter.  The Parties are in the process of finalizing a written agreement and the Parties expect to file a Stipulation of Dismissal or a status update within twenty-one (21) days.  The Parties further agree to stay all case deadlines, subject to Court approval.

Dated: February 2, 2026

**BURSOR & FISHER, P.A**.

By:      */s/ Neal J. Deckant*

Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ndeckant@bursor.com

*Attorney for Plaintiff*

**JEFFER MANGELS & MITCHELL LLP**

By: */s/  Stuart K. Tubis*

Stuart K. Tubis
skt@jmbm.com
333 Bush St., 11th Floor
San Francisco, CA 94104
Telephone:  (415) 984-9622

*Attorney for Defendant*

## **SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

By:    _/s/ Neal J. Deckant_

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

The Parties shall file a Stipulation of Dismissal or a status update within twenty-one days. All case deadlines shall be stayed.

Dated: 2/3/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge